ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General
ALLAN S. ONO
State Bar No. 130763
Noah Golden-Krasner
State Bar No. 217556
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6347
Fax: (916) 731-2128
E-mail: Allan.Ono@doj.ca.gov

*Attorneys for People of the State of California ex rel. California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>and<br><br>**PEOPLE OF THE STATE OF CALIFORNIA ex. rel. CALIFORNIA AIR RESOURCES BOARD,**<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>**MOTORSCIENCE ENTERPRISES, INC., MOTORSCIENCE, INC., and CHI ZHENG,**<br><br>Defendants | Case No. 2:11-cv-08023-GHK-VBK<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

The State of California Air Resources Board filed an Application for Renewal of Judgment on December 27, 2023. The Judgment entered on January 10, 2014, in the above-captioned case in favor of the State of California Air Resources Board and against, Motorscience Enterprises, Inc., Motorscience, Inc., and Chi Zheng, jointly and severally, is hereby renewed as follows:

Motorscience Enterprises, Inc., Motorscience, Inc., and Chi Zheng, jointly and severally, shall be liable to the State of California Air Resources Board for:

1) Total unpaid judgment:       $ 710,000.00

2) Credits                                            00.00

3) Interest after judgment:      $      9,253.48 (1/10/14 – 12/27/23)

4) Total renewed judgment amount:    $ 719,253.48

Post-judgment interest runs from the date of the original judgment. This renewal extends the period of enforceability of the judgment until 10 years from the date the Application for Renewal was filed with this court. In all other aspects, the original judgment remains the same.

CLERK OF THE UNITED STATES DISTRICT COURT

Dated: 1/8/2024

*Sharon Hall Bron*
Deputy Clerk

LA2011501797
66464974.docx

# CERTIFICATE OF SERVICE

Case Name:   **United States of America v. MotorScience, Inc., et al.**

Case No.:   **2:11-CV-08023 GHK (VBKx)**

I hereby certify that on <u>December 27, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] RENEWAL OF JUDGMENT AND NOTICE OF RENEWAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>December 27, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 27, 2023</u>, at Los Angeles, California.

| Libby Tecson | */s/Libby Tecson* |
|---|---|
| Declarant | Signature |

Case Name: **United States of America v. MotorScience, Inc., et al.**

Case No.: **2:11-CV-08023 GHK (VBKx)**

# SERVICE LIST VIA MAIL

<u>DEFENDANTS</u>

CHI ZHENG
*President and Chief Executive Officer*
16814 Royal View Road
Hacienda Heights, CA 91745-4353

JINGSON CHEN
Law Office of Jingson Chen
17588 Rowland Street, #228
City of Industry, CA 91748

MOTORSCIENCE ENTERPRISES, INC.
23401 Pleasant Meadow Road
Diamond Bar, CA 91765

MOTORSCIENCE, INC.
23401 Pleasant Meadow Road
Diamond Bar, CA 91765

<u>ATTORNEY'S FOR PLAINTIFF UNITED STATES OF AMERICA</u>

LISA A. CHERUP, Trial Attorney
Environmental Section
Environment and Natural Resources Division
United States Department of Justice
Box 7611 Ben Franklin Station
Washington, D.C. 20044-7611

CYNTHIA GILES, Assistant Administrator
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

SUSAN SHINKMAN, Director
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

PHILLIP A. BROOKS, Director
Air Enforcement Division
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

EVAN M. BELSER
Air Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

<u>CALIFORNIA AIR RESOURCES BOARD</u>
DIANE H. KIYOTA
Senior Staff Counsel
1001 I Street
Sacramento, CA 95814